AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maine

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Brian Dennison | ) | Case No. 2:21-mj-00237-JHR |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 8, 2021 in the county of York in the District of Maine, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 875(c) | The Defendant knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of another. Specifically, the Defendant used the internet to post on Twitter, "I'm going to kill jews with my ar15 tomorrow." |

This criminal complaint is based on these facts:

See Affidavit of FBI Task Force Officer Jonathan A. Duquette attached

☑ Continued on the attached sheet.

_____
Complainant's signature

Task Force Officer Jonathan A. Duquette, FBI
Printed name and title

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Sep 13 2021

City and state: Portland, ME

_____
Judge's signature

John H. Rich III, U.S. Magistrate Judge
Printed name and title