UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:21-mj-00237-JHR |
| | ) | |
| BRIAN DENNISON | ) | |
| | ) | |

**MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>.  This case is eligible for a detention order because the case involves (check all that apply):

    ____ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    _x_ Crime of violence (18 U.S.C. § 3156)

    ____ Maximum sentence life imprisonment or death

    ____ 10+ year drug offense

    ____ Felony, with two prior convictions in above categories

    ____ Felony that involves a minor victim or possession/use of firearm, destructive device or other dangerous weapon

    ____ Felony that involves a failure to register under 18 U.S.C. § 2250

    ____ Serious risk defendant will flee

    ____ Serious risk of obstruction of justice

2. <u>Reasons for Detention</u>.

    (i) <u>Temporary Detention</u>.   _____

      (ii)    <u>Other Than Temporary Detention</u>.   The Court should detain the defendant because no conditions of release will reasonably assure (check one or both):

    ____ Defendant's appearance as required

    _x_ Safety of any other person and the community

3.    <u>Rebuttable Presumption</u>.   The rebuttable presumption under 18 U.S.C. § 3142(e)(3)(E) does not apply in this case.

4.    <u>Date of Detention Hearing</u>.   The United States requests the Court to conduct the detention hearing:

    ____ At first appearance

    _x_ After continuance of 3 days (not more than 3).

5.    <u>Length of Detention Hearing</u>.   The United States estimates that it will require 2 hours to present its case for detention.

6.    <u>Other Matters</u>.   _____

Dated in Portland, Maine this 13th day of September, 2021.

                                           /s/ Craig M. Wolff
                                           Craig M. Wolff
                                           Assistant United States Attorney

**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2021, I electronically filed this **Motion for Detention** with the Clerk of Court using the CM/ECF system, which will send notice to the following:

**Thomas Hallett, Esq.
thallett@hww.law**

DONALD E. CLARK
ACTING UNITED STATES ATTORNEY

  /s/ Craig M. Wolff
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
6th Floor, East Tower
Portland, Maine 04101
(207) 780-3257
craig.wolff@usdoj.gov