## UNITED STATES DISTRICT COURT
District of Maine

### Witness List

| Case Name: USA v. Brian Dennison  Case No.: 2:21-mj-237-JHR | Proceeding Type: Detention Hearing |
|---|---|
| Presiding Judge: John H. Rich III | Government's Attorney: Craig M. Wolff, AUSA | Defendant's Attorney: Thomas F. Hallett, Esq. |
| Courtroom Deputy: Nicholas Gordon | | |
| Court Reporter: Lori Dunbar | | |

| Gvt | Dft | Date | WITNESS |
|---|---|---|---|
| X | | 9/16/2021 | Jonathan Duquette |
| | | | |