U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2021 SEP 22 P 4: 40

DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 2:21-cr-149-JDL
)
BRIAN DENNISON )
)

## INDICTMENT

The grand jury charges that:

### COUNT ONE
### (Transmitting Threatening Interstate Communication)

On about September 8, 2021, in the District of Maine, the defendant,

**BRIAN DENNISON,**

knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of another. Specifically, **DENNISON** used the internet to post on Twitter, "I'm going to kill jews with my ar15 tomorrow."

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL,

Unredacted Document Available at the Clerk's Office

FOREPERSON

Assistant U.S. Attorney

Date: 9/22/2021