UNITED STATES v. BRIAN DENNISON

SYNOPSIS – INDICTMENT

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2021 SEP 22 P 4: 40

DEPUTY CLERK

2:21-cr-149-JDL

| | |
|---|---|
| **Name:** | Brian Dennison |
| **Address:** (City & State Only) | Buxton, Maine |
| **Year of Birth and Age:** | 1996 (24 years old) |
| **Violations:** | Count 1: Transmitting threatening interstate communication. 18 U.S.C. § 875(c). |
| **Penalties:** | Count 1: Class D felony. Not more than 5 years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. § 875(c). |
| **Supervised Release:** | Count 1: Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Count 1: Not more than 3 years less term of imprisonment imposed upon revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Thomas F. Hallett, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | FBI Task Force Officer Jonathan A. Duquette |
| **Detention Status:** | Defendant was detained following a hearing. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |

| AUSA: | Craig M. Wolff |
|---|---|
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100.<br>18 U.S.C. § 3013(a)(2)(A). |