# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 2:21-cr-00149-JDL |
| ) | |
| **BRIAN DENNISON** ) | |
| ) | |

## GOVERNMENT'S UNOPPOSED MOTION
## TO SUSPEND BRIEFING SCHEDULE

The United States of America, by its attorneys, Donald E. Clark, Acting United States Attorney, and Craig M. Wolff, Assistant United States Attorney, respectfully moves to suspend the briefing schedule currently in place in light of the return of an indictment against the Defendant.

At the September 16 preliminary hearing, defense counsel raised a legal challenge to the charge alleged in the criminal complaint. The Court requested briefing on the issue, with simultaneous briefs currently due on September 29, and simultaneous response briefs due on October 1.

The grand jury returned an indictment against the Defendant on September 22. As a result, the Defendant is no longer entitled to a preliminary hearing. *See* Fed. R. Crim. P. 5.1(a)(2) (indictment of defendant obviates preliminary hearing). The indictment's return therefore renders moot the Defendant's legal challenge to the charge against him at this stage of the proceeding, although he will still have the ability to pursue his challenge in a motion to dismiss the indictment.

For this reason, the government requests that the Court suspend the briefing schedule currently in place. Counsel for the Defendant, Thomas F. Hallett, Esquire, has informed government counsel that the Defendant does not oppose this request.

For the foregoing reasons, the government requests that the existing briefing deadlines be suspended.

Respectfully submitted,

DONALD E. CLARK
ACTING UNITED STATES ATTORNEY

 /s/ Craig M. Wolff
Craig M. Wolff
Assistant U.S. Attorney

Dated:  September 27, 2021

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2021, I electronically filed the above **Government's Unopposed Motion to Suspend Briefing Schedule** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Thomas F. Hallett, Esq.**
**thallett@hww.law**

DONALD E. CLARK
ACTING UNITED STATES ATTORNEY

  /s/ Craig M. Wolff
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
craig.wolff@usdoj.gov