

March 1, 2022

**VIA ECF**
Honorable Judge John D. Levy
United States District Court
156 Federal Street
Portland, Maine 04101

      Re:    *United States v. Brian Dennison*
             *Docket No.: 2:21-cr-00149-JDL*

Dear Judge Levy:

    Thank you for granting Defendant's Motion to Extend Time (ECF No. 51). Upon Attorney Hallett's return, we were able to address the potential motion with our client and confirm that Mr. Dennison has no objection going forward regarding the issue of impartiality. Therefore, this letter is being filed to inform the Court that no motion will be submitted to address this issue.

                    Very truly yours,

                    */s/ Jordan T. Ramharter*

                    Jordan T. Ramharter, Esq.
                    Thomas F. Hallett, Esq.
                    HALLETT WHIPPLE WEYRENS
                    *jramharter@hww.law*