**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN DENNISON | CASE NO: 2:21-cr-00149-JDL |

**TRIAL MEMORANDUM OF DEFENDANT BRIAN DENNISON**

Factual Statement

The Government alleges in a One Count Indictment pursuant to 18 U.S.C. § 875(c) that: "[o]n or about September 8, 2021, in the District of Maine the defendant, Brian Dennison, knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of another. Specifically, Dennison used the internet to post on Twitter "I'm going to kill jews with my ar15 tomorrow.""

The FBI was alerted to the alleged threat and located and arrested 24-year-old Brian Dennison shortly thereafter. The FBI also searched Mr. Dennison's apartment above the garage of his parents' home, and found nazi paraphernalia, guns, ammunition, computers and digital images of "white supremacist" or "nazi" propaganda.

At a later date, the FBI located an AR15 owned by Mr. Dennison, following Mr. Dennison's proffer.

Procedural Status

Mr. Dennison was indicted on September 22, 2021, and released on bail on December 20, 2021. Jury selection is currently scheduled for May 2, 2022.

Defense Counsel and Staff Attending Jury Selection and/or Trial

Attorneys Thomas Hallett, Yarmouth, Maine and attorney Jordan Ramharter, Bath, Maine will attend Jury Selection and Trial. Jury Consultant Deb Strout, Portland, Maine will attend jury selection, and paralegal Kiersten Van Syckle, South Portland, Maine may attend jury selection, and will likely attend trial.

Proposed Stipulations

Counsel have agreed to stipulate to (1) the number of "jews" worldwide, and (2) that the tweet was issued on the second day of Rosh Hashanah 2021.

Pre-Trial Motions

It is anticipated that several motions *in limine* will be filed pre-trial with respect to admissibility issues of nazi memorabilia and antisemitic digital material, primarily based on both relevance and prejudice issues. There may be a separate issue regarding the admissibility of an AR15 rifle, or photographs of same depending on wether the government seeks to introduce them. The gun and photographs were obtained as a result of proffered information pursuant to the terms of a signed proffer agreement. Defendant may therefore argue they are inadmissible.

Evidentiary Issues – Expert Witness

On November 10, 2021 Defense counsel provided AUSA Wolf with a discovery demand pursuant to F.R.Cr.P. 16. Included in that demand was the following:

> (4)   Expert Witnesses [F.R.Cr.P. 16(a)(1)(G)]
> In the event you intend to offer any expert testimony under the Federal Rules of Evidence through any witness, including a Government Agent or employee or law enforcement officer. I request that you prepare and produce a summary of the witness's opinion testimony the grounds or basis for any such opinion testimony and the qualifications of the expert witness.

Defense counsel has been advised within the last 30 days or so that the government intends to call a computer expert regarding the retrieval of information from computers and telephones

seized from the defendant's apartment. Despite numerous additional requests, no written summary of the expert's testimony has been provided.

Dated April 27, 2022, in Portland, Maine.

Respectfully submitted,

*/s/ Thomas F. Hallett*

Thomas F. Hallett
HALLETT WHIPPLE WEYRENS
6 City Center, Suite 208
P.O. Box 7508
Portland, Maine 04112-7508
PH: 207-775-4255
*thallett@hww.law*

## CERTIFICATE OF SERVICE

  I, Thomas F. Hallett, Esq., certify that on April 27, 2022, I electronically filed the foregoing **TRIAL MEMORANDUM OF DEFENDANT BRIAN DENNISON** with the Clerk of Court using CM/ECF system which will send notification of such filing to counsel of record.

  Dated April 27, 2022, in Portland, Maine.

            Respectfully submitted,

            */s/ Thomas F. Hallett*

            Thomas F. Hallett
            *Attorney for Defendant*
            HALLETT WHIPPLE WEYRENS
            6 City Center, Suite 208
            P.O. Box 7508
            Portland, Maine 04112-7508
            PH: 207-775-4255
            *thallett@hww.law*