UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.   ) | Criminal No. 2:21-cr-00149-JDL |
| ) | |
| BRIAN DENNISON   ) | |
| ) | |

## GOVERNMENT'S TRIAL BRIEF

On September 22, 2021, the federal grand jury sitting in Portland returned a one-count indictment charging the Defendant, Brian Dennison, with transmitting threatening interstate communications, in violation of 18 U.S.C. § 875(c).

### I. STATUS OF THE CASE

A. Jury selection is scheduled for May 2, 2022.

B. Trial is scheduled to begin May 23, 2022.

C. The government expects to call approximately eight witnesses at trial and anticipates that its evidence will take less than two days to present.

### II. ANTICIPATED EVIDENCE

On September 8, 2021, the Twitter user @Ma1lus tweeted, "I'm going to kill jews with my ar15 tomorrow." The tweet was noticed and flagged by the FBI, and FBI personnel immediately attempted to identify the tweet's sender. Twitter provided login and subscriber information for @Ma1lus, including the telephone number associated with the account and a list of IP addresses used to log into the account.

The telephone number was found to be assigned to TextMe, an application that permitted mobile phone users to make free calls and texts using a phone number that TextMe provided. Information provided by TextMe showed that the telephone number was assigned to username briandennison93707, using a Gmail account also associated

with the name Brian Dennison. Information provided by Charter Communications showed that IP addresses used to log into the @Ma1lus Twitter account were assigned to the Dennison residence in Buxton.

      Later on September 8, FBI investigators went to the Dennison residence and spoke with Brian Dennison's parents. They also encountered Brian Dennison at the residence. FBI Task Force Officer Jonathan Duquette obtained a search warrant for the Dennison property on the evening of September 8.

      Investigators executed the search warrant on September 9. In Brian Dennison's apartment above the garage on the property, agents found large amounts of both .223 caliber and 5.56 mm ammunition. Rifles with a 5.56 mm chamber can shoot both 5.56 mm and .223 rounds. Also in the apartment, investigators found drawings of Nazi imagery and a replica Nazi military hat.

      Agents also seized several electronic devices from the apartment, including an iPhone 11 that was powered on when investigators located it. An initial forensic analysis of the iPhone showed that the device name was "Brian's iPhone," and that the Apple ID associated with the iPhone was a Gmail address associated with the name Brian Dennison. Text messages on the phone showed that it had been used to access both TextMe and Twitter. The phone also contained several images pertaining to the threat @Ma1lus had posted, including a screenshot that included the posted threat itself:



According to file information associated with the image, it was created on September 8, 2021, at 9:27:04 a.m. The image was deleted on September 8, 2021, at 11:53:06 p.m., a

3

few hours after investigators left Dennison's residence on September 8. The phone also contained another image of the posted threat:



Dennison's electronic devices contained numerous images and videos expressing hatred of Jewish people and sympathy toward Nazis. Other images showed Dennison dressing in Nazi garb. Records of internet searches and web browsing history showed numerous entries pertaining to the @Ma1lus Twitter account, Jewish people, Nazis and Adolf Hitler.

On October 21, 2021, Duquette obtained a search warrant for the Dennison property in Buxton. In woods on the property, investigators found a Smith and Wesson M&P-15 rifle, along with both .223 and 5.56 ammunition, in a gun case that had been hidden under leaves. Further investigation showed that Dennison had purchased the rifle in July 2016 from a firearms dealer in Gray.

### III.   STATUTE AND ELEMENTS

The indictment charges that on about September 8, 2021, Dennison knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c). This statute provides in pertinent part that "[w]hoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another" shall be guilty of a crime.

To find Dennison guilty of this charge, the government must prove that: (1) he transmitted a communication in interstate commerce containing a true threat to injure another person or persons; (2) he intended to transmit the communication; and (3) he had the purpose of issuing a true threat or the knowledge that the communication would be viewed as a true threat. *See* United States District Court District of Maine 2022 Revisions to Pattern Criminal Jury Instructions for the District Courts of the First Circuit ("First Circuit Pattern Instructions") § 4.18.875 (4/27/22 D. Me. internet site ed.); Eleventh Circuit Pattern Jury Instructions, Criminal Cases ("Eleventh Circuit Pattern Instructions") § O30.3 (3/10/22 ed.). It is not necessary to prove that Dennison actually intended to carry out the threat. First Circuit Pattern Instructions § 4.18.875.

A true threat is a statement "where the speaker means to communicate a serious expression of an intent to commit an act of unlawful violence to a particular individual or group of individuals." *Virginia v. Black*, 538 U.S. 343, 359 (2003). It is a serious threat— not idle talk, a careless remark, or something said jokingly—that is made under circumstances that would place a reasonable person in fear of being injured him or herself, or of another person being injured. Eleventh Circuit Pattern Instructions § O30.3. "Intimidation in the constitutionally proscribable sense of the word is a type of true threat, where a speaker directs a threat to a person or group of persons with the intent of placing the victim in fear of bodily harm or death." *Black*, 538 U.S. at 360.

IV.   **EVIDENTIARY ISSUES**

    A.   **Expert Testimony**

The government has notified defense counsel that it intends to present the testimony of FBI Task Force Officer and Androscoggin County Sheriff's Office

5

Detective Sergeant Maurice Drouin, who will testify regarding his forensic analysis of Dennison's electronic devices. Reports regarding the results of Drouin's analysis have been provided, as has information regarding Drouin's qualifications. Drouin is preparing a report describing the steps he took in imaging and analyzing Dennison's devices and that report will be provided to defense counsel as soon as possible.

### B.   Evidence Regarding Anti-Semitism

The government intends to introduce examples of the anti-Semitic and pro-Nazi items and information found in Dennison's apartment and on his electronic devices. Such information is relevant to the issues of identity, intent and whether Dennison's tweet constituted a true threat. The government will be filing a motion in limine describing the specific information it proposes to introduce.

### C.   Rule 902(11) Certificates of Authority

The government will seek to introduce certain subscriber information with proper certificates of authenticity under Rules 803(6) and 902(11) of the Federal Rules of Evidence. The records have been subpoenaed for trial. Upon receipt of the records, government counsel will provide copies of them and the accompanying certifications to defense counsel so that counsel will have a fair opportunity to challenge them, as prescribed by Rule 902(11).

## V.   STIPULATIONS

The parties have agreed to stipulate to the worldwide number of Jewish people. They have also agreed to stipulate that the threatening tweet was posted during the second day of Rosh Hashanah, the Jewish New Year.

## VI.  CONCLUSION

This brief has addressed some of the issues that might arise at trial. The government requests leave of Court to file other additional memoranda of law that may be necessary or appropriate as the May 23 trial date approaches.

Dated at Portland, Maine this 27th day of April, 2022.

                                              Respectfully submitted,

                                              DARCIE N. MCELWEE
                                              UNITED STATES ATTORNEY

                                                /s/ Craig M. Wolff
                                              Assistant United States Attorney

                                                /s/ Johnathan G. Nathans
                                              Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2022, I electronically filed the above **Government's Trial Brief** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas F. Hallett, Esq.
thallett@hww.law

Jordan T. Ramharter, Esq.
jramharter@hww.law

DARCIE N. MCELWEE
UNITED STATES ATTORNEY

 /s/ Craig M. Wolff
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
craig.wolff@usdoj.gov