UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.                                                           ) | No. 2:21-cr-00149-JDL |
| ) | |
| BRIAN DENNISON,                             ) | |
| ) | |
| Defendant                           ) | |

## WRITTEN JUROR QUESTIONNAIRE

Questions about various experiences you may have that might be relevant to the issues raised in the case are being asked on this questionnaire, rather than in the courtroom, in order to protect your privacy and to allow for a more efficient jury selection process. The information you provide on this questionnaire will only be used for the purpose of jury selection. Please read each question carefully and provide accurate answers to all questions. Thank you for your cooperation.

1. The Defendant has been charged with making a threat of violence against Jewish people via social media. Is there anything about this subject matter that would affect your ability to be fair and impartial?

    YES_____          NO_____

2. The evidence in this case may include evidence of anti-Semitic—meaning anti-Jewish—views and behavior. Would viewing or hearing about such evidence affect your ability to be fair and impartial?

    YES_____          NO_____

3. Given the charge discussed in Question 1 and the possible evidence discussed in Question 2, do you have any racial, political, religious, philosophical, or other beliefs, views, or opinions that would affect your ability to be fair and impartial?

    YES_____          NO_____

4. Have you or any of your close friends or immediate family members received a threat through social media?

    YES_____          NO_____

*(additional questions on other side—please turn questionnaire over)*

    4A. If you answered YES to Question 4, would that experience affect your ability to be fair and impartial?

        YES_____        NO_____

5. The evidence in this case may include evidence about sporting or assault rifles. Do you have strong views about the possession of firearms generally, or of sporting or assault rifles specifically, that would affect your ability to be fair and impartial?

        YES_____        NO_____

6. Have you or any of your close friends or immediate family members been the victim of gun violence?

        YES_____        NO_____

    6A. If you answered YES to Question 6, would that experience affect your ability to be fair and impartial?

        YES_____        NO_____

I affirm, under penalty of perjury, that I have given complete and honest answers to all of the above questions.

_____        _____

Juror Name (please print)        Juror Number

_____        _____

Juror Signature        Date