UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL NO: 2:21-cr-00149-JDL |
| BRIAN DENNISON | |

**DEFENDANT'S MOTION FOR ADDITIONAL VOIR DIRE OF EMPANELED JURY**

NOW COMES Defendant Brian Dennison, by and through counsel, and requests that due to the recent tragedy that occurred in Buffalo, New York, this Court conducts additional voir dire, either via sidebar or in written form, to ensure Mr. Dennison a fair and impartial trial. As grounds therefore, Defendant states as follows:

As this Court knows, this case involves the following post on Twitter: "I'm going to kill jews with my ar15 tomorrow." The tweet was posted on September 8, 2021. Leading up to and throughout jury selection, undersigned counsel highlighted the sensitive issues in this case, including religion, anti-Semitism, racism, and assault weapons. In response to the concerns raised, this Court and the parties to this matter conducted a thorough voir dire over May 2 and May 3. Based on questions regarding those specific issues roughly one-third of potential jurors indicated they could not be fair and impartial. Obviously, these issues were of considerable import in the ultimate selection of the current jury empaneled for this trial.

On May 16, 2022, an 18-year-old gunman allegedly carried out a racist attack at a supermarket in Buffalo, New York, killing ten people and injuring three others with an AR-15-style assault rifle. *See* Emma Bowman and Bill Chappell, *What We Know So Far About the Buffalo Mass Shooting*, NPR (May 16, 2022, 9:45 AM), npr.org/2022/05/15/1099028397/buffalo-shooting-what-we-know. The investigation into this matter has revealed that the suspect is believed

to have authored an online post containing a 180-page manifesto littered with white supremacist ideologies and a plan for the attack. *Id.* A year prior to this attack, the gunman threatened a shooting at his high school. Charges were not pursued by police at that time. *Id.*

Voir dire always has been and remains an essential feature of jury selection in the American jury system as its explicit purpose is to ensure whether a prospective juror can be fair and impartial. Nancy S. Marder, *Juror Bias, Voir Dire, and the Judge-Jury Relationship*, 90 Chi.-Kent L. Rev. 927, 928 (2015); *see United States v. Thomas*, 116 F.3d 606, 617 (2d Cir. 1997) ("Indeed, one of the principal purposes of voir dire is to ensure that the jurors ultimately selected for service are unbiased"). In light of the similarities between the Buffalo Massacre and the facts of the relevant case, there is a significant concern as to whether the empaneled jury is still made up of a fair and impartial group of citizens. To negate having to utilize Rule 23(b)(2)(B)[1] prior to reaching a verdict, undersigned counsel proposes to proactively conduct additional voir dire and inquiry:

> Given the national events, including the shooting of 13 people in Buffalo, New York, that occurred within the past two weeks, do you now have questions about whether you can be fair and impartial in this matter?
>
> Can you base a verdict solely on the relevant evidence and law in this case, despite the allegations that Mr. Dennison posted on Twitter "I am going to kill jews with my ar15 tomorrow"?

*See* attached Proposed Questionnaire. Such inquiry is critical given the sensitive nature of this case and the fundamental factual overlaps between the Buffalo mass shooting and Mr. Dennison's case.

WHEREFORE, Mr. Dennison respectfully requests that this Court conduct additional voir dire, either via sidebar or in written form, to ensure a fair and impartial trial.

---

[1] "At any time before the verdict, the parties may, with the court's approval, stipulate in writing that a jury of fewer than 12 persons may return a verdict if the court finds it necessary to excuse a juror for good cause after the trial begins."

2

Dated May 18, 2022, in Portland, Maine.

                Respectfully submitted,

                */s/ Thomas F. Hallett*

                Thomas F. Hallett
                HALLETT WHIPPLE WEYRENS
                6 City Center, Suite 208
                P.O. Box 7508
                Portland, Maine 04112-7508
                PH: 207-775-4255
                *thallett@hww.law*

## CERTIFICATE OF SERVICE

    I, Thomas F. Hallett, Esq., certify that on May 18, 2022, I electronically filed the foregoing **DEFENDANT'S MOTION FOR ADDITIONAL VOIR DIRE** with the Clerk of Court using CM/ECF system which will send notification of such filing to counsel of record.

    Dated May 18, 2022, in Portland, Maine.

                                     Respectfully submitted,

                                       */s/ Thomas F. Hallett*

                                     Thomas F. Hallett
                                     *Attorney for Defendant*
                                     HALLETT WHIPPLE WEYRENS
                                     6 City Center, Suite 208
                                     P.O. Box 7508
                                     Portland, Maine 04112-7508
                                     PH: 207-775-4255
                                     *thallett@hww.law*