UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| USA, | Before: Jon D. Levy |
|---|---|
| Plaintiff | Chief U.S. District Judge |
|  | Case No.: 2:21-cr-00149-JDL |
| v. | Court Reporter: Lori Dunbar |
|  | Courtroom Deputy: Teagan Snyder |
| Brian Dennison, |  |
| Defendant | **Date**: May 24, 2022 |

## COURTROOM MINUTES: TRIAL PROCEEDINGS

Appearances:

Government:   Craig M. Wolff, AUSA
              Johnathan Nathans, AUSA

Defendant:    Jordan T. Ramharter, Esq.
              Thomas F. Hallett, Esq.

Type of Counsel:  Retained

## Jury Trials:

☒ **Jury Trial Began on:** May 24, 2022
☒ **Jury Trial Concluded on** May 24, 2022
☒ Prepare Kepreos Order
☒ Prepare Certificates of Appreciation for Jurors

## For Bench Trials & Jury Trials:

☒ Conference of Counsel held on: April 20, 2022

☒ Frye Colloquy held on: (Criminal Cases only) May 24, 2022

☒ **Other/Notes**: Oral Order declaring mistrial made on May 24, 2022

***Note: Exhibit and Witness Lists are filed separately.*