# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| USA | ) |
| **Plaintiff** | ) |
| | ) |
| v. | )   CRIMINAL NO.  2:21-cr-00149-JDL |
| | ) |
| BRIAN DENNISON | ) |
| **Defendant** | ) |

## ORDER PROHIBITING POST-VERDICT CONTACT WITH JURORS

It is hereby **ORDERED**:

No lawyer or party, or any of their agents, shall have any contact or discussion of any kind about this case with any member of the jury.  Exceptions require a prior written Order of this Court authorizing such contact.  A violation can result in sanctions.

Any lawyer or party who becomes aware of any such contact or who attempts to make such contact or have such discussion shall immediately report it, in writing, to the Clerk of this Court, recounting all the known facts.

This Order implements the holding of the Court of Appeals for the First Circuit in <u>United States v. Kepreos</u>, 759 F.2d 961 (1st Cir. 1985).

So <u>ORDERED</u>.

        JON D. LEVY
        Chief U.S. District Judge


By:  <u>/s/ Brenda Boucher</u>
     Brenda Boucher
     Deputy Clerk

Dated this 24th day of May, 2022.