```
                UNITED STATES DISTRICT COURT

                     DISTRICT OF MAINE
_____

UNITED STATES OF AMERICA,      CRIMINAL ACTION

          Plaintiff            Docket No:

                               2:21-cr-00149-JDL

     -versus-                       EXCERPT



BRIAN DENNISON,

          Defendant
_____

               Transcript of Proceedings
```

Pursuant to notice, the above-entitled matter came on for **Jury Selection Excerpt** held before **THE HONORABLE KAREN FRINK WOLF,** United States Magistrate Judge, in the United States District Court, Edward T. Gignoux Courthouse, 156 Federal Street, Portland, Maine, on the 2nd day of May, 2022, at 10:36 a.m. as follows:

Appearances:

For the Government: Craig M. Wolff, Esquire
                    Assistant United States Attorney

For the Defendant:  Thomas F. Hallett, Esquire
                    Jordan T. Ramharter, Esquire




                  Tammy L. Martell, RMR, CRR
                   Official Court Reporter

              (Prepared from manual stenography and
                  computer aided transcription)

```
                    (Open Court.  Defendant Present.)
 2                          *  *  *  *  *  *  *  *
 3              THE COURT:  Just as it is vitally important
 4  that we honor the litigants' constitutional rights to a
 5  trial by jury, it is also critical that we protect all
 6  of you who have responded to the call of your duty as
 7  citizens of the United States.  To do that, we have made
 8  a number of changes here in the courthouse and the
 9  courtroom and the process to reduce the risks associated
10  with COVID 19.
11      We are following guidance provided by the CDC and
12  our own epidemiological expert; we have upgraded our air
13  handling systems in the courthouse; and we are
14  monitoring the quality of the air that you are
15  breathing.
16      We will also be using headsets when we need to have
17  private conversations with just one potential juror, or
18  just the attorneys and myself, instead of all huddling
19  together at sidebar.  And that means over in this corner
20  or this corner in the old days, before the pandemic, the
21  attorneys and even a juror who might be questioned would
22  come up and huddle together.  We won't be doing that.
23  We'll be doing this via headsets to keep everybody safe.
24       We are requiring, as you can see, everyone to wear a
25  mask.  Masks of course should cover both your nose and
```

```
 1   your mouth, and I want to thank you for being willing --
 2   being willing to assist us.
 3        We will also be following these protocols at trial.
 4   Masks must be worn by everyone at all times except that
 5   witnesses may remove their masks to testify after --
 6   after they are seated in the witness chair.  Counsel may
 7   remove their masks when questioning witnesses or during
 8   opening statements or closing arguments provided that
 9   appropriate distance is maintained.  And the judge will
10   be unmasked when instructing the jury.
11        Anyone who is unvaccinated will be required to
12   always keep their mask on at all times.
13                    *  *  *  *  *  *  *  *
14
15
16
17
18
19
20
21
22
23
24
25
```

**C E R T I F I C A T I O N**

I, Tammy L. Martell, Registered Merit Reporter, Certified Realtime Reporter, and Official Court Reporter for the United States District Court, District of Maine, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

Dated:  May 27, 2022

/s/ Tammy L. Martell

Official Court Reporter