UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRIAN DENNISON | CRIMINAL NO: 2:21-cr-00149-JDL |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

NOW COMES the defendant, by counsel, and requests that his conditions of pre-conviction bail be amended to allow for a curfew to be imposed at the discretion of the probation officer in lieu of home confinement. Moreover, the defendant requests that he be allowed to access the internet for work purposes. In support of his request, the defendant states as follows:

Mr. Dennison was granted pretrial release on December 20, 2021. On May 24, 2022, following empanelment and swearing-in of the jury, Mr. Dennison's jury trial began. Subsequently, a Government witness tested positive for COVID-19 amid his testimony, and a mistrial was ordered. As a result, counsel has filed a motion to dismiss the indictment on the grounds of double jeopardy. Should the Court deny this motion, the defense intends to file an interlocutory appeal, which will result in delaying the case significantly and leaving Mr. Dennison on pretrial conditions of release for an extended period of time.

Currently, as prescribed by his conditions of release (ECF No. 45), Mr. Dennison is restricted to "Home Detention" at all times except for employment, education, religious services, etc., as prescribed by provision 7(p)(ii). Over the last six months, since being subject to such a condition, Mr. Dennison has not had any violations. Considering how long Mr. Dennison has been successful in abiding by his conditions, and how long he may continue to be on such conditions pending the potential appeal to the First Circuit, Mr. Dennison now respectfully requests that he

be prescribed a 12-hour curfew to enable him slightly more freedom while simultaneously being subject to location monitoring.

Moreover, Mr. Dennison seeks to enroll in an 8-week online program called "FastTrack" offered by Cook Systems to begin his professional career. *See Become an Enterprise Developer*, Cook Systems, https://www.allaboutfasttrack.com/ (last visited June 9, 2022). The program is self-described as a "Master's level [coding] class that refines your skill and preps you for an enterprise-level client environment" using tools that are commonly used in IT or HR departments. The FastTrack program is a cost-free program that has an over 95% job placement rate for their program participants and can successfully be completed white Mr. Dennison is still engaged with a full or part-time job. This program is completed remotely and thus would require him to use his mother's computer. Mr. Dennison has agreed to have the Computer and Internet Monitoring Program placed on his computer profile for monititoring. With this plan in place, USPO Stephanie Bulcamino is in support of Mr. Dennison's use of his mother's device for completion of the training program only. Therefore, Mr. Dennison respectfully requests that the Court modifies provision 7(t) to allow him to use his mother's computer, monitored by the Computer and Internet Monitoring Program, for the purpose of completing this program.

AUSA Craig Wolff and USPO Stephanie Bulcamino have no objection to this motion.

WHEREFORE, the defendant requests that this Motion be GRANTED and that the Court modify provisions 7(p)(ii), (t) for the aforementioned reasons.

Dated July 13, 2022, in Portland, Maine.

                Respectfully submitted,

                */s/ Thomas F. Hallett*

                _____
                Thomas F. Hallett
                *Attorney for Defendant*
                HALLETT WHIPPLE WEYRENS
                6 City Center, Suite 208
                P.O. Box 7508
                Portland, Maine 04112-7508
                PH: 207-775-4255
                *thallett@hww.law*

## CERTIFICATE OF SERVICE

    I, Thomas F. Hallett, Esq., certify that on July 13, 2022, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** with the Clerk of Court using CM/ECF system which will send notification of such filing to counsel of record.

    Dated July 13, 2022, in Portland, Maine.

                                          Respectfully submitted,

                                          */s/ Thomas F. Hallett*

                                          Thomas F. Hallett
                                          *Attorney for Defendant*
                                          HALLETT WHIPPLE WEYRENS
                                          6 City Center, Suite 208
                                          P.O. Box 7508
                                          Portland, Maine 04112-7508
                                          PH: 207-775-4255
                                          *thallett@hww.law*