UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN DENNISON | CASE NO: 2:21-cr-00149-JDL |

### NOTICE OF INTERLOCUTORY APPEAL

Brian Dennison, defendant in the above-named case, files this interlocutory appeal to the United States Court of Appeals for the First Circuit from the Order on the defendant's Motion to Dismiss entered in this action on September 9, 2022 (ECF No. 140).

An interlocutory appeal is appropriate following denial by the district court of a defendant's motion to dismiss based on double jeopardy grounds, as is the case in the instant appeal. *See United States v. Suazo,* 14 F.4th 70, 74 (1st Cir. 2021) (a defendant may file an interlocutory appeal where he can mount a "colorable claim that further proceedings in the trial court will constitute double jeopardy").

Dated September 22, 2022, in Portland, Maine.

Respectfully submitted,

*/s/ Thomas F. Hallett*

---
Thomas F. Hallett
*Attorney for Defendant*
HALLETT WHIPPLE WEYRENS
6 City Center, Suite 208
P.O. Box 7508
Portland, Maine 04112-7508
PH: 207-775-4255
thallett@hww.law

## CERTIFICATE OF SERVICE

    I, Thomas F. Hallett, Esq., hereby certify that I have caused the above *NOTICE OF INTERLOCUTORY APPEAL* to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to counsel of record.

Dated September 22, 2022, in Portland, Maine.

                                      Respectfully submitted,

                                      */s/ Thomas F. Hallett*
                                      _____
                                      Thomas F. Hallett
                                      *Attorney for Defendant*
                                      HALLETT WHIPPLE WEYRENS
                                      6 City Center, Suite 208
                                      P.O. Box 7508
                                      Portland, Maine 04112-7508
                                      PH: 207-775-4255
                                      *thallett@hww.law*