UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN DENNISON | DOCKET NO: 2:21-cr-00149-JDL |

**TRIAL MEMORANDUM OF DEFENDANT BRIAN DENNISON**

**I.     STATUS OF THE CASE**

A.  Jury selection is scheduled in this matter for December 4, 2023.

B.  Trial is scheduled to begin on December 5, 2023.

C.  The Defense expects to call six witnesses.

D.  The Defense's opening statement is expected to last approximately 30 minutes.

**II.    FACTUAL STATEMENT**

Brian Dennison is charged in a one-count indictment alleging Transmission of a Threat into Interstate Commerce in violation of 18 U.S.C. § 875(c). Specifically, that on September 8, 2021, Mr. Dennison used the internet to post on Twitter "I'm going to kill jews with my ar15 tomorrow."

The FBI was alerted to Tweet, and located and arrested 24-year-old Brian Dennison shortly thereafter at his parent's home in Buxton, Maine. Further review of his Twitter page revealed multiple anti-Semitic posts. The FBI also searched Mr. Dennison's apartment above the garage of his parents' home and his electronic devices and found additional nazi paraphernalia and "white supremacist" or "nazi" propaganda.

1

### III. STATUTE AND ELEMENTS

Title 18 U.S.C. § 875(c) provides in relevant part:

Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both.

To obtain a conviction under 18 U.S.C. § 875(c), the Government must prove (1) that Mr. Dennison knowingly and willfully transmitted a communication into interstate commerce; (2) that the communication contained a true threat to injure another person or persons; and (3) that Mr. Dennison had the purpose of issuing a true threat or the knowledge that the communication would be viewed as a true threat. *United States v. Elonis*, 841 F.3d 589, 596-97 (3rd Cir. 2016) ("Section 875(c) contains both a subjective and objective component, and the Government must satisfy both in order to convict a defendant under the statute."); *Virginia v. Black*, 538 U.S. 343, 359–60 (2003) ([A] prohibition on true threats protects individuals from the fear of violence and from the disruption that fear engenders, in addition to protecting people from the possibility that the threatened violence will occur.") (Internal citations omitted).

### IV. DEFENSE COUNSEL AND STAFF ATTENDING JURY SELECTION AND/OR TRIAL

Attorneys Thomas Hallett, Yarmouth, Maine and Grainne Dunne, Portland, Maine will attend jury selection and trial. Jury Consultant Deb Strout, Portland, Maine will attend jury selection, and paralegal Kiersten Van Syckle, South Portland, Maine may attend jury selection, and will likely attend trial.

### V. PROPOSED STIPULATIONS

Counsel have agreed to stipulate to (1) the number of "jews" worldwide, (2) that the tweet was issued on the second day of Rosh Hashanah 2021, and (3) that Mr. Dennison posted the Tweet.

2

## VI. EVIDENTIARY ISSUES

The Defense has filed a motion *in limine* to prevent the Government from seeking to introduce evidence that Mr. Dennison owned guns, including an AR-15 style rifle, and ammunition. The Defense respectfully submits this evidence is irrelevant and unduly prejudicial. The Government has filed a motion *in limine* to exclude testimony from Defense Expert Noah King.

## VII. CONCLUSION

This brief has addressed some of the issues that might arise at trial. The Defense requests leave of Court to file other additional memoranda of law that may be necessary or appropriate as the December 5, 2023, trial date approaches.

Dated November 27, 2023, in Portland, Maine.

Respectfully submitted,

*/s/ Thomas F. Hallett*

Thomas F. Hallett
HALLETT WHIPPLE WEYRENS
6 City Center, Suite 208
P.O. Box 7508
Portland, Maine 04112-7508
PH: 207-775-4255
*thallett@hww.law*

## CERTIFICATE OF SERVICE

      I, Thomas F. Hallett, Esq., certify that on November 27, 2023, I electronically filed the foregoing **TRIAL MEMORANDUM OF DEFENDANT BRIAN DENNISON** with the Clerk of Court using CM/ECF system which will send notification of such filing to counsel of record.

      Dated November 27, 2023, in Portland, Maine.

      Respectfully submitted,

      */s/ Thomas F. Hallett*

      Thomas F. Hallett
      *Attorney for Defendant*
      HALLETT WHIPPLE WEYRENS
      6 City Center, Suite 208
      P.O. Box 7508
      Portland, Maine 04112-7508
      PH: 207-775-4255
      *thallett@hww.law*