## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:21-cr-00149-JDL |
| BRIAN DENNISON | |

## GOVERNMENT'S TRIAL BRIEF

On September 22, 2021, the federal grand jury sitting in Portland returned a one-count indictment charging the Defendant, Brian Dennison, with transmitting threatening interstate communications, in violation of 18 U.S.C. § 875(c).

### I.   STATUS OF THE CASE

    A.    Jury selection is scheduled for December 4, 2023.

    B.    Trial is scheduled to begin December 5, 2023.

    C.    The government expects to call approximately seven witnesses at trial and anticipates that its evidence will take less than two days to present.

### II.   ANTICIPATED EVIDENCE

On September 8, 2021, Brian Dennison, using the Twitter account @Ma1lus, posted a Tweet that said, "Building a pipe bomb." Approximately two minutes later, he posted another Tweet, saying, "I'm going to kill jews with my ar15 tomorrow." The tweets were noticed and flagged by the FBI, and FBI personnel immediately attempted to identify the Tweets' sender. Twitter provided login and subscriber information for @Ma1lus, including the telephone number associated with the account and a list of IP addresses used to log into the

account. Information provided by Twitter and Charter Communications indicated that the IP addresses used to log into the @Ma1lus Twitter account were assigned to the Dennison residence in Buxton.

Later on September 8, FBI investigators went to the Dennison residence and spoke with Brian Dennison's parents. They also encountered Brian Dennison at the residence. FBI Task Force Officer Jonathan Duquette obtained a search warrant for the Dennison property on the evening of September 8.

Investigators executed the search warrant on September 9. In Brian Dennison's apartment above the garage on the property, agents found large amounts of both .223 caliber and 5.56 mm ammunition. Rifles with a 5.56 mm chamber can shoot both 5.56 mm and .223 rounds. Also in the apartment, investigators found drawings of Nazi imagery and a replica Nazi military hat.

Agents also seized several electronic devices from the apartment, including an iPhone 11 that was powered on when investigators located it. An initial forensic analysis of the iPhone showed that the device name was "Brian's iPhone," and that the Apple ID associated with the iPhone was a Gmail address associated with the name Brian Dennison. The phone contained several images pertaining to the threat @Ma1lus had posted, including a screenshot that included the posted threat itself:



According to file information associated with the image, it was created on September 8, 2021, at 9:27:04 a.m. The image was deleted on September 8, 2021,

at 11:53:06 p.m., a few hours after investigators left Dennison's residence on September 8. The phone also contained another image of the posted threat:



Dennison's electronic devices contained numerous images and videos expressing hatred of Jewish people and sympathy toward Nazis. Records of internet searches and web browsing history showed numerous entries pertaining to the @Ma1lus Twitter account, Jewish people, Nazis and Adolf Hitler.

On October 21, 2021, Duquette obtained a search warrant for the Dennison property in Buxton. In woods on the property, investigators found a Smith and Wesson M&P-15 rifle, along with both .223 and 5.56 ammunition, in a gun case that had been hidden under leaves. Dennison had purchased the rifle in July 2016 from a firearms dealer in Gray.

### III. STATUTE AND ELEMENTS

The indictment charges that on about September 8, 2021, Dennison knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c). This statute provides in pertinent part that "[w]hoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another" shall be guilty of a crime.

To find Dennison guilty of this charge, the government must prove that: (1) he knowingly and willfully transmitted a communication in interstate commerce; (2) the communication contained a true threat to injure another person or persons; and (3) he wanted his communication to be received as a true threat, knew that the communication would be viewed as a true threat, or consciously disregarded a substantial risk that the communication would be viewed as a true threat, meaning that he was aware that others could regard his communication as threatening violence but transmitted it anyway. *See Counterman v. Colorado*, 600 U.S. 66, 69, 78–79 (2023); *Virginia v. Black*, 538 U.S. 343, 359–60 (2003); United States District Court District of Maine Pattern Criminal Jury Instructions for the District Courts of the First Circuit ("First Circuit Pattern Instructions") § 4.18.875 (5/15/2023 D. Me. internet site ed.); Pattern Jury Instructions for Federal Criminal Cases, District of South Carolina § 875(c) (2020 Online Edition). It is not necessary to prove that Dennison actually intended to carry out the threat. First Circuit Pattern Instructions § 4.18.875.

A true threat is a statement "where the speaker means to communicate a serious expression of an intent to commit an act of unlawful violence to a particular individual or group of individuals." *Black*, 538 U.S. 343, 359 (2003). It is a serious threat—not idle talk, a careless remark, or something said jokingly—that is made under circumstances that would place a reasonable person in fear of being injured him or herself, or of another person being injured. Eleventh Circuit Pattern Jury Instructions, Criminal Cases § O30.3 (3/10/22 ed.). "Intimidation in the constitutionally proscribable sense of the word is a type of true threat, where

5

a speaker directs a threat to a person or group of persons with the intent of placing the victim in fear of bodily harm or death." *Black*, 538 U.S. at 360.

## IV.  EVIDENTIARY ISSUES

### A.  Expert Testimony

The government has notified defense counsel that it intends to present the testimony of FBI Task Force Officer and Androscoggin County Sheriff's Office Detective Sergeant Maurice Drouin, who will testify regarding his forensic analysis of Dennison's electronic devices. Reports regarding Drouin's analysis of Dennison's devices have been provided, and defense counsel had the opportunity to meet with Drouin prior to the first trial in this case.

The defense has notified the government that it intends to present the testimony of Noah King, who will testify regarding X (formerly known as Twitter) generally and Dennison's use of Twitter more specifically. The government has moved to exclude King's testimony.

### B.  Evidence Regarding Anti-Semitism

The government intends to introduce examples of the anti-Semitic and pro-Nazi items and information found in Dennison's apartment and on his electronic devices. Such information is relevant to the issues of intent and whether Dennison's tweet constituted a true threat.

### C.  Evidence Regarding AR-15

The government intends to introduce evidence that in July 2016, Dennison purchased a Smith & Wesson AR-15-style rifle from a firearms dealer in Gray. The government also intends to introduce evidence that in text messages sent in February 2020, Dennison referenced his "ar15" and attached a photograph of it.

6

Finally, the government intends to introduce evidence that on October 21, 2021, investigators executing a search warrant on the Dennison property found the same rifle and ammunition in the woods, hidden by leaves and brush. Such evidence is admissible to show Dennison's intent in posting the threatening Tweet, which referenced "my ar15." Dennison has moved to exclude this evidence.

## V.   STIPULATIONS

The parties have agreed to stipulate that Dennison posted the Tweet in question on September 8, 2021. They have also agreed to stipulate to the worldwide number of Jewish people. Finally, they have agreed to stipulate that the threatening tweet was posted during the second day of Rosh Hashanah, the Jewish New Year.

## VI.   CONCLUSION

This brief has addressed some of the issues that might arise at trial. The government requests leave of Court to file other additional memoranda of law that may be necessary or appropriate as the December 5 trial date approaches.

Dated at Portland, Maine this 27th day of November, 2023.

                                                            Respectfully submitted,

                                                            DARCIE N. MCELWEE
                                                            UNITED STATES ATTORNEY

                                                            /s/ Craig M. Wolff
                                                           Assistant United States Attorney

                                                           /s/ Johnathan G. Nathans
                                                           Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2023, I electronically filed the above **Government's Trial Brief** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Thomas F. Hallett, Esq.**
**thallett@hww.law**

**Grainne Dunne, Esq.**
**gdunne@hww.law**

DARCIE N. MCELWEE
UNITED STATES ATTORNEY

 /s/ Craig M. Wolff
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
craig.wolff@usdoj.gov

8