UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  UNITED STATES OF AMERICA v. BRIAN DENNISON

DOCKET NO:  2:21-cr-00149-JDL

Hearing Type: Jury Trial

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exhibit | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Screenshot of Twitter posts (152.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 2 | | | Screenshot of Ma1lus Twitter profile (98.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 3 | | | Screenshot of Twitter post (115.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 4 | | | Twitter Business Records (4687.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 5 | | | Charter Business Records (4678.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 7 | | | Photograph of exterior of 86 Fogg Road, Buxton (23.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 8 | | | Photograph of stairs to garage apartment (109.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 9 | | | Photograph of rifle case (2170.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 10 | | | Photograph of rifle case (2118.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 12 | | | Photograph of rifle case (2163.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 13 | | | Photograph of rifle case (2208.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 14 | | | Photograph of rifle in case (2189.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 19 | | | Firearms Transaction Record (#4567.2) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 20 | | | Howell's Gun Shop Receipt (#4567.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 21 | | | Search warrant photograph (58.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 22 | | | Search warrant photograph (63.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 23 | | | Search Warrant photograph (100.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |

| Gvt Exh No. | Dft Exh No. | Court Exhibit | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 24 | | | Search Warrant photograph (32.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 25 | | | Search Warrant photograph (76.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 26 | | | Search Warrant photograph (50.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 27 | | | Search Warrant photograph (18.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 28 | | | Search Warrant photograph (25.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 29 | | | Search Warrant photograph (48.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 30 | | | Search Warrant photograph (69.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 31 | | | Search Warrant photograph (88.1) | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 32 | | | Search Warrant photograph (52.1) | x | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 36 | | | Computer | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 36a | | | Computer Hard Drive | | 12/6/2023 | 12/6/2023 | 12/6/2023 |
| 37 | | | iPhone | | 12/6/2023 | 12/6/2023 | 12/6/2023 |
| 38 | | | Cellebrite report – iPhone device information (#4685.1) | | 12/5/2023 | 12/6/2023 | 12/6/2023 |
| 40 | | | Cellebrite report – chats with Nate (4680.1) | | 12/5/2023 | 12/6/2023 | 12/6/2023 |
| 40a | | | Image of Twitter Post (#2866.1) | | 12/5/2023 | 12/6/2023 | 12/6/2023 |
| 41 | | | Cellebrite report – chats with Jake Barney (#4683.1) | | 12/5/2023 | 12/6/2023 | 12/6/2023 |
| 41a | | | Image of Cartoon (#2877.1) | | 12/5/2023 | 12/6/2023 | 12/6/2023 |
| 41b | | | Image of Hitler (#3234.1) | | 12/5/2023 | 12/6/2023 | 12/6/2023 |
| 42 | | | Cellebrite report – chat about AR15 (#4684.1) | | 12/5/2023 | 12/6/2023 | 12/6/2023 |
| 42a | | | Image of rifle (#3209.1) | | 12/5/2023 | 12/6/2023 | 12/6/2023 |
| 43 | | | Cellebrite report – image of rifle etc. (#4682.1) | | 12/5/2023 | 12/6/2023 | 12/6/2023 |
| 43a | | | Image of rifle (#3085.1) | | 12/5/2023 | 12/6/2023 | 12/6/2023 |
| 44 | | | Cellebrite report – image on phone_female with long gun (#4686.1) | | 12/5/2023 | 12/6/2023 | 12/6/2023 |

| Gvt Exh No. | Dft Exh No. | Court Exhibit | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 44a | | | Image of female with long gun (#3192.1) | | 12/5/2023 | 12/6/2023 | 12/6/2023 |
| 45 | | | Cellebrite report – images of threat (#4689.1) | | 12/5/2023 | 12/6/2023 | 12/6/2023 |
| 45a | | | Image of threat (#2993.1) | | 12/5/2023 | 12/6/2023 | 12/6/2023 |
| 45b | | | Image of threat (#3189.1) | | 12/5/2023 | 12/6/2023 | 12/6/2023 |
| 46 | | | Image log – SSD (#4672.1) | | 12/6/2023 | 12/6/2023 | 12/6/2023 |
| 47 | | | FireFox Web History report (#2400.1) | | 12/5/2023 | 12/6/2023 | 12/6/2023 |
| 48 | | | FireFox Web Visits report (#2397.1) | | 12/5/2023 | 12/6/2023 | 12/6/2023 |
| 49 | | | Photograph of Ammunition | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 50 | | | Photograph of Ammunition | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 51 | | | Photograph of Ammunition | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 52 | | | Photograph of Ammunition | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 60 | | | Stipulation – Charter Business Records | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 61 | | | Stipulation – Creator of Tweet | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 62 | | | Stipulation – Firearm | | 12/5/2023 | 12/5/2023 | 12/5/2023 |
| 63 | | | Stipulation – September 8, 2021 | | 12/6/2023 | 12/6/2023 | 12/6/2023 |
| 64 | | | Stipulation – Jewish population | | 12/6/2023 | 12/6/2023 | 12/6/2023 |
| | | 1 | Court Jury Instructions | | 12/7/2023 | 12/7/2023 | 12/7/2023 |
| | | 2 | Note from Jury to Judge re verdict reached | | 12/7/2023 | 12/7/2023 | 12/7/2023 |