# UNITED STATES DISTRICT COURT
## District of Maine

## Witness List

| Case Name: USA v. BRIAN DENNISON <br> Case No.: 2:21-cr-149-JDL | | Proceeding Type: <br> Jury Trial |
|---|---|---|
| Presiding Judge: Jon D. Levy | Government's Attorney: <br><br> Craig Wolff, AUSA <br> Johnathan Nathans, AUSA | Defendant's Attorney: <br><br> Thomas Hallett, Esq. <br> Grainne Dunne, Esq. |
| Courtroom Deputy: Charity Pelletier | | |
| Court Reporter: Tammy Martell | | |

| Gvt | Dft | Date | WITNESS |
|---|---|---|---|
| x | | 12/5/2023 | Frederick Witt |
| x | | 12/5/2023 | Jordan Holt |
| x | | 12/5/2023 | Celestine Susi |
| x | | 12/5/2023 | Jonathan Duquette |
| x | | 12/5/2023 | Thomas Ventresca |
| x | | 12/5/2023 | Joshua Borges |
| x | | 12/6/2023 | Maurice Drouin |
| x | | 12/6/2023 | Ryan Harris |
| | x | 12/6/2023 | Noah King |