UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2023 DEC -7 P 2: 08

_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| BRIAN DENNISON, | ) 2:21-cr-00149-JDL |
| Defendant. | ) |

## JURY VERDICT FORM

We, the Jury, find the Defendant, Brian Dennison:

1. On Count One, transmitting threatening interstate communication,

　　　　　　　　　　　　　　__Guilty__
　　　　　　　　　　　　　(Not Guilty / Guilty)

Please sign and date the form.

Dated: December __7__, 2023

[Signature Redacted – Original on file with the Clerk's Office]

Signature of Jury Foreperson