# UNITED STATES DISTRICT COURT
## for the District of Maine

## Request for Modifying the Conditions or Term of Supervision
### With the Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Brian Dennison    **Case Number:** 0100 2:21CR00149

**Sentencing Judicial Officer:** Honorable Nancy Torresen, U.S. District Judge

**Date of Original Sentence:** April 18, 2024

**Original Offense:** Transmitting Threatening Interstate Communication, 18 U.S.C. § 875(c)

**Original Sentence:** 12 Months 1 Day Imprisonment; 3 Years Supervised Release

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** November 01, 2024

## PETITIONING THE COURT

☐ To extend the term of supervision for ___ years, for a total term of ___ years.
☒ To modify the conditions of supervision as follows:

**Remove the following special conditions:**

1) Defendant shall provide the supervising officer any requested financial information

2) Defendant shall report to the supervising officer any financial gains, including income tax refunds, lottery winnings, inheritances, and judgement, whether expected or unexpected. Defendant shall apply them to any outstanding court ordered financial obligation.

3) Defendant shall not incur new credit charges or open additional lines of credit without the supervising officer's advance approval

### CAUSE

As of May 3, 2024, Dennison has paid off his outstanding special assessment balance. Considering the offender's satisfaction of court ordered financial penalties, the Probation Office believes the special conditions for financial restrictions are no longer necessary to supervise Dennison. Of note, the special conditions recommended for removal were suggested at the time of sentencing in anticipation of a fine which, ultimately, was not imposed by the Court. The

Probation Office views them as unnecessary for the remainder of Dennison's term of supervision. This modification does not adversely impact the defendant; therefore, a signed waiver form is not attached. Assistant United States Attorney John Nathans was contacted and has no objections to this modification.

Respectfully Submitted,

By: *[signature]*
Michael Cook
U.S. Probation Officer

Reviewed:

*[signature]*

Scott Hastings
Deputy Chief U.S. Probation Officer
11/8/2024